LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

*Video Conference Facilities*

January 25, 2017

Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
Alfonse M. D'Amato U.S. Courthouse
100 Federal Plaza, Room 814
Central Islip, NY 11722-4449

           Re:    Meltzer, Lippe, Goldstein & Breitstone, LLP
                   v. James Malfetti
                   <u>Court Docket No. 2:16-cv-01637-SJF-ARL</u>

Dear Magistrate Judge Lindsay:

      We represent plaintiff pro se in the above referenced matter. I submit this correspondence to advise that Mohammed Gangat, Esq. is no longer employed with the firm of Meltzer, Lippe, Goldstein & Breistone, LLP. I respectfully request that he be removed from the docket immediately on the above referenced case.

      Thank you for your attention to this matter.

      Please do not hesitate to contact me if you have any questions.

                              Respectfully Submitted,

                              s/ Thomas J. McGowan

                              Thomas J. McGowan, Esq.

TJM:sb



757517-1