UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
MELTZER, LIPPE, GOLDSTEIN &
BREITSTONE, LLP,

                                Plaintiff,          CV 16-1637 (DRH)(ARL)

      - against -

JAMES MALFETTI doing business as         **SATISFACTION OF**
MANAGEMENT RECRUITERS OF UNION    **JUDGMENT**
COUNTY, NJ,

                              Defendant.
-------------------------------------------------x

      WHEREAS, a judgment was entered in the above action on September 28, 2018, in favor of defendant James Malfetti, doing business as Management Recruiters of Union County, NJ, and against plaintiff Meltzer, Lippe, Goldstein & Breitstone, LLP, in the amount of $508,817.64 plus post-judgment interest accruing thereafter at the rate set forth in 28 U.S.C. § 1961, with costs to be taxed;

      WHEREAS, the Second Circuit Court of Appeals affirmed the judgment on September 25, 2019; and

      WHEREAS, costs in the amount of $228.30 were taxed by the Second Circuit Court of Appeals on October 17, 2019, and costs in the amount of $1,778.00 were taxed by the District Court on October 31, 2019; and

      WHEREAS, said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated November 8, 2019 in New York, New York.

**BARTON LLP**

By: _____
Randall L. Rasey

711 Third Avenue, 14th Floor
New York, NY 10017
(212) 687-6262
rrasey@bartonesq.com
*Attorneys for Defendant James Malfetti d/b/a
Management Recruiters of Union County*

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

On the 8th day of November 2019 before me personally came Randall L. Rasey to me known and known to be a member of the firm of Barton LLP, attorneys for defendant James Malfetti in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

**Demetra A. Veroutis**
Notary Public, State of New York
No. 01VE6387422
Qualified in Bronx County
Commission Expires Feb 11 2023

2